THE PEOPLE, on the relation of E. STFBBINS, *vs.* ORLEANS COMMON PLEAS.

An appeal bond is good without stating the day of the rendition of the judgment before the justice.

MOTION for mandamus.   The common pleas quashed an appeal, because the bond omitted to state the day of the rendition of the judgment in the court below.

*By the Court*, SAVAGE, C. J.   The common pleas erred. There was no variance between the bond and the justice's return.   The obligee can recover, without resorting to proof *aliunde*.   Let an alternative mandamus issue.